**B1 (Official Form 1) (1/08)**

| United States Bankruptcy Court<br>Central District of California | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Jassem Shoe Corporation | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>David's Shoes | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):  --; EIN: 95-4451605 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State)<br>373 N. Bedford Drive<br>Beverly Hills, CA     ZIPCODE 90210 | Street Address of Joint Debtor (No. and Street, City, and State)     ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Los Angeles | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):     ZIPCODE | Mailing Address of Joint Debtor (if different from street address):     ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):     ZIPCODE | |

**Type of Debtor** (Form of Organization) (Check one box)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other

**Tax-Exempt Entity** (Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts

**Filing Fee** (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [✓] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [✓] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 32711 - Acrobat PDFWriter

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Jassem Shoe Corporation |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: NONE | Case Number: | Date Filed: |
| Location Where Filed: N.A. | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br>I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)     Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

Bankruptcy2010 ©1991-2010, New Hope Software, Inc, ver. 4.5.2-745 - 32711 - Acrobat PDFWriter

| B1 (Official Form 1) (1/08) | Page 3 |
|---|---|

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Jassem Shoe Corporation |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X  /s/ Lewis R. Landau
Signature of Attorney for Debtor(s)

LEWIS R. LANDAU 143391
Printed Name of Attorney for Debtor(s)

Lewis R. Landau, Attorney at Law
Firm Name

23564 Calabasas Road, Suite 104
Address

Calabasas, CA 91302

(888)822-4340    Lew@Landaunet.com
Telephone Number                    e-mail

01/12/10
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ David Jassem
Signature of Authorized Individual

DAVID JASSEM
Printed Name of Authorized Individual

President
Title of Authorized Individual

01/12/10
Date

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 32711 - Acrobat PDFWriter

# UNITED STATES BANKRUPTCY COURT
## Central District of California

In re   Jassem Shoe Corporation                        ,
                        Debtor

Case No.  _____

Chapter   11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Kate Spade Footwear<br>1 First Ave.<br>Peabody, MA 01960 | lswurdeman@sch-ben.com<br>781-595-5600 | Trade Debt | | 167,679 |
| Donald J. Pliner<br>10800 Nw 97th St. #103<br>Miami, FL 33178 | oscar@donaldjpliner.com<br>212-688-6900 | Trade Debt | | 127,662 |
| Juicy Couture Footwear<br>1 First Ave.<br>Peabody, MA 01960 | lswurdeman@sch-ben.com<br>781-595-5600 | Trade Debt | | 123,082 |
| Kors Footwear<br>1 First Avenue<br>Peabody, MA 01960 | lswurdeman@sch-ben.com<br>781.595.5600 | Trade Debt | | 111,577 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Daniblack Footwear<br>1 First Ave.<br>Peabody, MA 01960 | lswurdeman@sch-ben.com<br><br>781.595.5600 | Trade Debt | | 89,251 |
| Cordani<br>74 Albion Street<br>Wakefield, MA 01880 | michael@cordani.com<br>781.245.2131 | Trade Debt | | 85,902 |
| Diane Von Furstenberg Footwear<br>1 First Ave.<br>Peabody, MA 01960 | lswurdeman@sch-ben.com<br><br>781.595.5600 | Trade Debt | | 80,708 |
| Bank Of America Line Of Credit<br>Po Box 26078<br>Greensboro, NC 27420 | Fax:<br>877.625.8387/888.958.2273<br><br>800.627.8499 | Credit | | 75,015 |
| Pantha Footwear<br>c/o Madison Administrative Services<br>232 Madison Ave., Ste 1307<br>New York, NY 10016 | panthaaz@hotmail.com<br><br>212.696.4393 | Trade Debt | | 56,735 |
| The Promenade At Westlake, Llc<br>101 The Grove Dr.<br>Los Angeles, CA 90036 | pkurzawa@carusoaffiliated.com<br><br>322.900.8187 | Former Lessor | | 52,644 |
| Michael Kors Footwear<br>1 First Ave.<br>Peabody, MA 01960 | lswurdeman@sch-ben.com<br><br>781.595.5600 | Trade Debt | | 43,044 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 32711 - Acrobat PDFWriter

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5) *Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Sam Edelman c/o Brown Shoe Co, Inc. 8300 Maryland Ave St. Louis, MO 63105 | ktidyman@brownshoe.com 646.381.6903 | Trade Debt | | 39,519 |
| Bank Of America -4494 Po Box 15731 Wilmington, DE 19886 | Fax: 877.625.8387/888.958.2273 800.673.1044 | Credit Card | | 28,372 |
| Stuart Weitzman 2400 E. Commercial Blvd. Ste 506 Ft. Lauderdale, FL 33308 | judyl@stuartweitzman.com 954.489.0171 | Trade Debt | | 25,039 |
| Tory Burch LLC 11 W. 19th Street, 7th Floor New York, NY 10011 | tly@toryburch.com 646.723.6633 | Trade Debt | | 24,368 |
| Rangoni Dba Amalfi c/o Palma Settimi Inc. 301 Fields Lane Brewster, NY 10509 | stephen@palmasettimiinc.com 845.277.4722 | Trade Debt | | 20,700 |
| The Commons At Calabasas, Llc 101 The Grove Dr. Los Angeles, CA 90036 | pkurzawa@carusoaffiliated.com 322.900.8187 | Former Lessor | | 20,389 |
| Beverly Almont 152 N. Almont Dr. West Hollywood, CA 90048 | Fax: 310.276.4296 310.276.6163 | Trade Debt | | 20,239 |
| Linea Marche Frazione Piticchio 230-60011 Arcevia (AN) Italy | lineamarche@lineamarche.it 3907319871 | Trade Debt | | 19,370 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 32711 - Acrobat PDFWriter

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc. | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| Francesco Biasia<br>7002 Sophia Ave.<br>Van Nuys, CA 91406 | info@iacmail.net<br><br>818.780.7800 | Trade Debt | | 19,721 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date    01/12/10

Signature    /s/ David Jassem
DAVID JASSEM,
President

# UNITED STATES BANKRUPTCY COURT
## Central District of California

In re  Jassem Shoe Corporation                          ,
                    Debtor

Case No.  _____

Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I do hereby certify under penalty of perjury that the attached Master Mailing List of Creditors, consisting of 8 pages, is complete, correct and consistent with the debtor's schedules herewith, pursuant to Local Bankruptcy Rule 105(6).  I assume all responsibility for errors and omissions.

Date  01/12/10                              Signature  /s/ David Jassem
                                                       DAVID JASSEM,
                                                       President

Lewis R. Landau
Lewis R. Landau,
Attorney at Law
23564 Calabasas
Road, Suite 104
Calabasas, CA 91302
(888)822-4340

```
Jassem Shoe Corporation
373 N. Bedford Drive
Beverly Hills, CA 90210


Lewis R. Landau
Lewis R. Landau, Attorney at Law
23564 Calabasas Road, Suite 104
Calabasas, CA 91302
```

7 For All Mankind Footwear
1 First Ave
Peabody, MA 01960


Acorn Newspapers
30423 Canwood Street #108
Agoura Hills, CA 91301


Advanta Bank Corp
Po Box 8088
Philadelphia, PA 19101


Arturo Shoe Fixx
9643 Santa Monica Blvd.
Beverly Hills, CA 90210


Avalon Air
27933 Magic Mountain Lane
Canyon Country, CA 91351


Bank Of America -4494
Po Box 15731
Wilmington, DE 19886


Bank Of America Line Of Credit
Po Box 26078
Greensboro, NC 27420


Bernardo Footwear
9330 W. Airport Blvd #190
Houston, TX 77031


Bernardo Footwear and Pantha Footwear
c/o Cit Group/Commercial Services, Inc.
Po Box 1036
Charlotte, NC 28201


Bettye Muller
12 West 57th Street Suite 1003
New York, NY 10019


Beverly Almont
152 N. Almont Dr.
West Hollywood, CA 90048

Calzaturificio Casadei Spa
Via XX Settembre
87-47030 San Mauro Pascoli
Italy


Carlos Falchi
Harbor Business Credit
PO Box 1549
New York, NY 10016


Carrie Augenstein
4104 Camellia Avenue
Studio City, CA 91604


Casadai
c/o Sakaida & Bui
2355 Westwood Blvd., #327
Los Angeles, CA 90064


Chainson Footwear, Inc.
301 North Rice Ave.
Oxnard, CA 93030


Consolidated Shoe Company
Po Box 10549
Lynchburg, VA 24506


Cordani
74 Albion Street
Wakefield, MA 01880


Cordani
GMAC Commercial Credit LLC
PO Box 403058
Atlanta, GA 30384


Cynthia Vincent
818 S. Broadway Street #1100
Los Angeles, CA 90014


Cynthia Vincent
c/o Continental Business Credit
21031 Ventura Blvd., Suite 900
Woodland Hills, CA 91364

Daniblack Footwear
1 First Ave.
Peabody, MA 01960


Deckers Outdoor Corporation
495-a South Fairview Avenue
Goleta, CA 93117


Design & Development Lab, LLC
dba Carlos Falchi
260 W. 39th Street, Fl. 8
New York, NY 10018


Diane Von Furstenberg Footwear
1 First Ave.
Peabody, MA 01960


Donald J. Pliner
10800 Nw 97th St. #103
Miami, FL 33178


Donald Pliner
c/o Milberg Factors, Inc.
99 Park Ave.
New York, NY 10016


El Camino Shoe & Luggage Repair
23353 Mulholland Drive
Woodland Hills, CA 91364


Fitflop
Fitflop Ltd
3 Logan Place
London W86QN England


Fitflop Ltd
Dept AT 952767
1640 Phoenix Blvd., Ste 110
Atlanta, GA 30349


Francesco Biasia
7002 Sophia Ave.
Van Nuys, CA 91406

Francesco Biasia
c/o International Accessories Corp
PO Box 30508
Los Angeles, CA 90030


French Sole Shoes, Ltd.
350 Wiconisco St.
Millersburg, PA 17061


French Sole Shoes, Ltd.
985 Lexington Ave
New York, NY 10021


High Fashion
High Fashion Handbags
30 Lesmill Rd
Toronto, Ontario  M3B 2T6 Canada


Impo International, Inc.
3510 Black Road Po Box 639
Santa Maria, CA 93456


Juicy Couture Footwear
1 First Ave.
Peabody, MA 01960


Kate Spade Footwear
1 First Ave.
Peabody, MA 01960


Keenpac N.a. Ltd
25 Main Street
Goshen, NY 10924


Kors Footwear
1 First Avenue
Peabody, MA 01960


Lacoste
3333 New Hyde Park Rd, Ste 200
New Hyde Park, NY 11751

Lacoste
c/o Sakaida & Bui
2355 Westwood Blvd., #327
Los Angeles, CA 90064


Linea Marche
Frazione Piticchio
230-60011 Arcevia (AN) Italy


Louis Jacobs
11693 San Vicente Boulevard #318
Los Angeles, CA 90049


Martinez Valero
1099 Wall St. West Ste 179
Lyndhurst, NJ 07071


Michael Kors Footwear
1 First Ave.
Peabody, MA 01960


MV Footwear
5252 Bolsa Ave
Huntington Beach, CA 92649


Mz Wallace
93 Crosby St.
New York, NY 10012


Pantha Footwear
c/o Madison Administrative Services
232 Madison Ave., Ste 1307
New York, NY 10016


Paul Levine, Esq.
10850 Wilshire Blvd., Suite 825
Los Angeles, CA 90024


Rangoni Dba Amalfi
c/o Palma Settimi Inc.
301 Fields Lane
Brewster, NY 10509

Reed Evins
c/o TCK Designs, Ltd.
417 E 57th St.
New York, NY 10022


Robert Clergerie
KVB Partners, Inc.
60 Broad Street, 35th Floor # 3052
New York, NY 10004


Sam Edelman
c/o Brown Shoe Co, Inc.
8300 Maryland Ave
St. Louis, MO 63105


Sam Edelman
c/o First Capital
PO Box 643382
Cicinnnati, OH 45264


State Board Of Equalization
Po Box 3652
Culver City, CA 90231


Stuart Weitzman
2400 E. Commercial Blvd. Ste 506
Ft. Lauderdale, FL 33308


The Commons At Calabasas, Llc
101 The Grove Dr.
Los Angeles, CA 90036


The Promenade At Westlake, Llc
101 The Grove Dr.
Los Angeles, CA 90036


Time Warner Cable
Po Box 60074
City Of Industry, CA 91716


Tory Burch LLC
11 W. 19th Street, 7th Floor
New York, NY 10011

Uline
2200 S. Lakeside Drive
Waukegan, IL 60085


United States Treasury - Irs
Internal Revenue Service
Ogden, UT 84201


Upper Echelon Shoes LLC
1515 North Federal Hwy, Suite 206
Boca Raton, FL 33432


Viv & Ingrid
1601 Solano Ave
Albany, CA 94707


Zoe Chicco
1237 South Orange Grove Ave
Los Angeles, CA 90019